**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BENJAMIN MCINTYRE,         )
                                   )
       Plaintiff,             )
                                   )    Case no. 21 CV 6807
v.                             )
                                 )    PLAINTIFF DEMANDS
EOC AUDIO, INC.           )    TRIAL BY JURY
                                 )
       Defendant.        )

**COMPLAINT AT LAW**

BENJAMIN MCINTYRE ("McIntyre"), by his undersigned counsel and complaining of

Defendant EOC AUDIO, INC. ("EOC"), hereby states and alleges as follows:

**BACKGROUND**

1.     McIntyre is a citizen and resident of the State of Illinois, living at all times

relevant hereto in Cook County, Illinois.

2.     EOC is an Illinois corporation with its principal place of business in DuPage

County, Illinois.

3.     This Court has subject matter jurisdiction over this matter under 28 U.S.C. §1331

as this matter involves claims of hostile work environment and sexual harassment under the

Employment Act of 1967 (29 U.S.C. §621, *et. seq.*) and Title VII (42 U.S.C. §2000 *et. seq.*).

4.     Venue is proper in this jurisdiction under 28 U.S.C. §1391(b) as all the actions

complained of herein took place within this District, the plaintiff is a resident of this District and

the defendant maintains its principal place of business in this District.

5.     McIntyre worked as an employee of EOC until he was wrongfully forced to leave

the company on or about June 4, 2020.

6.     McIntyre's charge of employment discrimination filed on April 2, 2021with the

U.S. Equal Employment Opportunity Commission (EEOC). Case no. 440-2021-03250.

7.     EEOC issued its right to sue letter in Case no. 440-2021-03250 on September 24,

2021 and this case was filed within 90 days thereof.

### COUNT ONE: HOSTILE WORK ENVIRONMENT AND HARASSMENT

1-7.     McIntyre incorporates Background ¶¶1-7 as ¶¶1-7 of this Count One as if fully set

forth herein.

8.     McIntyre was compelled to leave his employment because of an ongoing pattern

of harassing conduct by the company's president, James Galla.

9.     This harassment demonstrated racial prejudice, gender bias, and a pattern of

sexual harassment and a hostile work environment which the people around him, including

McIntyre were expected to accommodate.

10.     McIntyre is a white, male and a lot of the harassing conduct involved Gallas'

constant racism (jokes about people of African-American, Asian or Middle Eastern descent,

primarily) and his discrimination as against customers of non-caucasian origin, but it was also

often sexual in nature (the references to haggis quoted below, for example, were intended as

references to McIntyre's penis, his sexuality and racial descent, McIntyre being of Scottish

descent) and included constant references to McIntyre's weight and diet.

11.     Such comments were made in meetings as well as in group texts and served to

harass and belittle McIntyre.

12.     Galla wrote to McIntyre, for example, that:

- "[Ben]'s great with his hands- Send him over- stacey will like that..." March 26, 2018, 4:12PM

- [Randomly send Ben a meme captioned 'in case of emergency, hurl your enormous penis out the nearest window and climb to safety']. October 26, 2018 [time unknown].

- You [Ben] smacked [that customer] in the head with your haggis. Tell him if he wants me to cum out and fuck his wife, I will. But in no way shape or form will I wear a rubber, or pull out." November 21, 2018, 9:33PM.

- Fuck you [Ben] and fuck your social media fucking bullshit. Although I do feel we should have a stronger presence as a company on social media.... Notice randy is absent from these texts, as he is busy jerking off while watching midget wrestling in Plano..." November 21, 2018, 9:07PM

- "[Sharing an image of two men together from 'atlantisevents.com']  For guys who shave their asses." December 6, 2018, 8:20PM

- "Bohunk. Let's talk tonight and figure out a game plan for tomorrow. Some things popped up that need attention... Bens penis...." December 27, 2018, 5:51PM.

- "Are you interested in doing Ben a favor? Cuck.... While his wife watches you and Ben... I know it's out of the ordinary. Seriously he need a measurement on a door station in hinsdale...." June 18, 2019, 1:32PM

11.     McIntyre complained to his office manager, Margaret Iden, and to Alan Quartz, Director of Business Development, about Galla's conduct.

12.     Quartz told McIntyre that if EOC was still a small company, he'd be able to get away with that kind of stuff but he otherwise agreed something should be done. Notwithstanding his acknowledging the problem, however neither Iden nor Quartz ever did anything in response to McIntyre's complaints.

13.     Part of the problem stemmed from Galla's family, many of whom worked with the company, enabling his conduct and supporting it.

14.     Iden was Galla's aunt, for example, and she, like other family members, protected Galla.

15.     Indeed, Galla's own mother was an employee who sometimes joined in Galla's harassing conduct (once leaving a "possum fur g-string" on McIntyre's desk on her return from a vacation).

16.     This constant harassing conduct and the related environment eventually made it necessary for McIntyre to leave the company.

17.     By reason of the aforesaid and his employer's related conduct and policies, McIntyre was subjected to unwelcome harassment.

18.     Galla, who was McIntyre's supervisor and the owner of the company, harassed a great many people, including McIntyre, on account of their racial background, the physical condition, and his fascination with genitalia (inlcuding McIntyre's, too which Galla frequently referred in jokes and other harassing conduct).

19.     This conduct interfered with McIntyre's work performance by, both objectively and subjectively, creating an intimidating, hostile, and offensive work environment.

20.     As a proximate result of Galla's conduct, the company's policies, and the conduct of Galla's family members as aforesaid, McIntyre was compelled to leave his position, losing the benefit of his income, related benefits and security caused him to suffer emotional distress and other damages which continue to accrue.

WHEREFORE, BENJAMIN MCINTYRE ("McIntyre"), by his undersigned counsel and complaining of Defendant EOC AUDIO, INC. ("EOC"), requests that judgment be entered in his favor and as against EOC for such amount in compensatory damages as the trier of fact deems

just and reasonable, in excess of $75,000.00, and together with such equitable relief as the Court deems just and proper (including reinstatement and front pay), McIntyre's attorneys fees incurred, his costs of suit, and such additional relief as the Court deems just and proper or to which he is otherwise entitled as a matter of law.

## COUNT TWO: RETALIATION

1-20.   McIntyre incorporates ¶¶1-20 of Count One as ¶¶1-20 of this Count Two as if fully set forth herein.

21.   EOC refused to answer McIntyre's complaints with regard to Galla's treatment of him and others and failed to take any action to rectify those concerns.

22.   EOC retaliated against McIntyre for making such complaints, however, by refusing to give him bonuses and other compensation to which he was entitled both during the course of his employment and following the termination of that employment.

WHEREFORE, BENJAMIN MCINTYRE ("McIntyre"), by his undersigned counsel and complaining of Defendant EOC AUDIO, INC. ("EOC"), requests that judgment be entered in his favor and as against EOC for such amount in compensatory damages as the trier of fact deems just and reasonable, in excess of $75,000.00, and together with such equitable relief as the Court deems just and proper (including reinstatement and front pay), McIntyre's attorneys fees incurred, his costs of suit, and such additional relief as the Court deems just and proper or to which he is otherwise entitled as a matter of law.

Respectfully Submitted,

BENJAMIN MCINTYRE

By:____/s/ Ted A. Donner_____

5

One of His Attorneys

Ted A. Donner
DONNER & COMPANY LAW OFFICES LLC
1125 Wheaton Oaks Court
Wheaton, Illinois 60187
(630) 588-1131
tdonner@donnerco.com