Benjamin McIntyre
                       Plaintiff,

v.                                                 Case No.: 1:21−cv−06807
                                                   Honorable Manish S. Shah

EOC Audio Inc.
                       Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 2, 2022:

       MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of dismissal, this case is dismissed with prejudice, with the parties to bear their own fees and costs. Civil case terminated. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.